UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

THE RICE CORPORATION, dba
THE RICE COMPANY, a Delaware
corporation,

        NO. CIV. S-05-1518 LKK/PAN

    Plaintiff,

  v.                               O R D E R

ABCOM Trading Private Ltd.,
Singapore,

    Defendant.
_____/

    The court is in receipt of plaintiff's request for direction regarding service of process on defendant ABCOM Trading Private Ltd, a resident of Singapore.  Plaintiff requests that the court fashion a device to achieve service of process that is tailored to the specific needs and difficulties presented in this case.

////

////

////

1

Having considered plaintiff's papers, the court hereby ORDERS as follows:

1. The court GRANTS plaintiff's request to serve defendant ABCOM Trading Private Ltd. or its attorneys Aharidass Ho & Partners with service of process by Federal Express.

2. A Status Conference is now SET in the above-captioned case for January 17, 2006 at 3:00 p.m.  All parties are reminded of their obligation to file status reports not later than ten (10) days preceding the conference.

3. Plaintiff is directed to serve this order with service of process.

IT IS SO ORDERED.

DATED: November 16, 2005

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2