IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THE RICE CORPORATION,

    Plaintiff,                                      No. CIV S-05-1518 LKK PAN

    vs.

ABCOM TRADING PRIVATE LTD.,
SINGAPORE,

    Defendant.                               <u>ORDER</u>

_____/

        Plaintiff's motion for entry of default judgment came on regularly for hearing March 2, 2006. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(b)(17) and 28 U.S.C. § 636(b)(1).

        On June 13, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days. Neither party has filed objections to the Findings and Recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1. The Findings and Recommendations filed June 13, 2006, are adopted in full;

2. Plaintiff's motion for entry of default judgment is granted; and

3. Judgment is entered against defendant ABCOM Trading Private Ltd., Singapore, and in favor of plaintiff in the amount of $475,249.03,[1] plus post-judgment interest on the principal at the legal rate.

DATED: August 23, 2006

_____
UNITED STATES DISTRICT JUDGE

/rice.def

---

[1] This figure represents $474,947.71 in principal plus $301.32 in costs ($250.00 filing fee and $51.32 process server fee).