UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA 95814

**The Rice Corporation**

   v.

**ABCOM Trading Private Ltd., Singapore**

_____

**DEFAULT JUDGMENT**

Case No. CIV S-05-1518 LKK PAN

      **IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

      **ABCOM TRADING PRIVATE LTD., SINGAPORE**
in the amount of $475,249.03, plus post-judgment interest on the principal at the legal rate.

August 23, 2006

VICTORIA C. MINOR, CLERK

By: /s/ NDDuong_____
NDDuong, Deputy Clerk